

FILED
NOV 06 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BIC CORPORATION and BIC USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CHICAGO IMPORT INC., DIAMOND WHOLESALE GROUP, INC., JOHN DOE COMPANIES 1-10, and JOHN or JANE DOES 1-10 <br><br> Defendants. | CASE NO.: <br><br> STATEMENT PURSUANT TO LR 5.7 <br><br> FILED UNDER SEAL <br><br> 1:18-cv-07378 <br> Judge John Robert Blakey <br> Magistrate Judge Jeffrey T. Gilbert |

### PLAINTIFFS' STATEMENT PURSUANT TO LOCAL RULE 5.7 RE FILING CASE UNDER SEAL

Now come the Plaintiffs to this action, BIC Corporation and BIC USA Inc. (collectively, "BIC") and, pursuant to Local Rule 5.7, respectfully request that the Court treat the Complaint and the accompanying papers as if they were filed pursuant to Local Rule 26.2. As grounds for this request, BIC states that it believes that due to special circumstances, as described in the accompanying Complaint, Plaintiffs Bic Corporation And BIC USA Inc.'s Motion For An Ex Parte Temporary Restraining Order, Expedited Discovery, Seizure Order, And Order To Show Cause Why Preliminary Injunction Should Not Issue, and memorandum in support thereof, and as set forth in the accompanying Motion to Seal and memorandum in support thereof, it is necessary to restrict access to the case at filing.

BIC is aware that absent an order extending or setting aside the sealing, the file and its contents will become public on the seventh day following the date of filing.

1323391v.1

Respectfully submitted,

Plaintiffs,
BIC Corporation and BIC USA Inc.,
By their attorneys,

/s/ Lamis G. Eli
Lamis G. Eli (ARDC # 6308955)
Lamis.Eli@wilsonelser.com
Jason M. Kuzniar
Jason.Kuzniar@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
55 W. Monroe, Suite 3800
Chicago, IL 60603
PHONE: (312) 704-0550
FAX: (312) 704-1522

Adam R. Bialek (to seek admission
*pro hac vice*)
Adam.Bialek@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
(212) 490-3000

Kara Thorvaldsen (to seek admission
*pro hac vice*)
Kara.Thorvaldsen@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300

1323391v.1