**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BIC CORPORATION and BIC USA INC., <br><br>    Plaintiff, <br><br>    v. <br><br>CHICAGO IMPORT INC., DIAMOND WHOLESALE GROUP, INC., JOHN DOE COMPANIES 1-10, and JOHN OR JANE DOES 1-10, <br><br>    Defendants. | Case No. 18-cv-7378 <br>FILED UNDER SEAL <br><br>Judge John Robert Blakey |

## ORDER TEMPORARILY SEALING CASE

Plaintiffs BIC Corporation and BIC USA Inc. ("Plaintiffs"), having presented to the Court a Motion to Temporarily Seal Case, and after due consideration thereon, the Court finds that good cause exists for sealing the case, for the reasons set forth in the Plaintiffs' motion and supporting memorandum. Accordingly, it is hereby:

ORDERED that this case, the docket, and all pleadings, motions, exhibits, orders and other filings, shall be temporarily sealed.

Access to the docket and any filings of this case may be granted to counsel for the Plaintiffs, the Court and its clerks and staff, and the United States Government, without further order of the Court. The Clerk may provide a signed copy of this Order to counsel for Plaintiffs. This Order shall not be construed to prohibit service of the Summons and Complaint, Plaintiffs BIC Corporation and BIC USA Inc.'s Motion For An Ex Parte Temporary Restraining Order, Expedited Discovery, Seizure Order, And

Order To Show Cause Why Preliminary Injunction Should Not Issue, and supporting documents and other pleadings and Orders of this Court on the Defendants.

This temporary Order shall remain in effect until this Court holds a hearing on the Plaintiffs' motion for a preliminary injunction. This Order may be renewed or extended upon a motion by Plaintiffs and a further showing of good cause. The file may be unsealed upon the final disposition of the case, if it has not been unsealed before.

**SO ORDERED.**

Dated: November 7, 2018

Entered:

_____
John Robert Blakey
United States District Judge