## *United States District Court for the Northern District of Illinois*

Case Number: **18cv7378**  Assigned/Issued By: **LA**

Judge Name: **BLAKEY**  Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:* ☐ $400.00  ☐ $46.00  ☐ $5.00

☒ IFP  ☐ No Fee  ☐ Other _____

☐ $505.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

### ISSUANCES

☒ Summons  ☐ Alias Summons

☐ Third Party Summons  ☐ Lis Pendens

☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets

(Victim, Against and $ Amount)

☐ Writ _____
(Type of Writ)

**1** Original and **1** copies on **03/26/2019** as to _____
(Date)

Gurpreet Taneja (a/k/a Guru Taneja)

---

Rev. 08/19/2016