IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIC CORPORATION and BIC USA INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CHICAGO IMPORT INC., DIAMOND WHOLESALE GROUP, INC., CHOICE TRADING INTERNATIONAL, LLC, INTERNATIONAL GENERAL TRADING CORP., IGT CORP., CHOICE TRADING, LLC, TRANSWORLD INTERNATIONAL TRADING CORP., GURJEET SINGH TANEJA (a/k/a GURJEET SINGH, a/k/a GARY TANEJA), GURPREET TANEJA (a/k/a Guru Taneja), RAVI KOMMI, ASHOKKUMAR PUNJABI (a/k/a ASHOK PUNJABI, a/k/a EDDIE PUNJABI), JOHN DOE COMPANIES 1-10, and JOHN or JANE DOES 1-10,<br><br>Defendants. | CASE NO.: 1:18-cv-07378<br><br>Honorable Judge Blakey |

**DEFENDANTS TRANSWORLD INTERNATIONAL TRADING CORP.,
INTERNATIONAL GENERAL TRADING CORP., AND GARY TANEJA'S
MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE
TO CHICAGO IMPORT'S CROSS CLAIMS**

Defendants Transworld International Trading Corp. ("Transworld"), International General Trading Corp. ("International General Trading"), and Gurjeet Singh Taneja ("Gary Taneja") (collectively, the "New York Defendants") hereby move this Court for a three week extension of time to June 26, 2019 to file a motion in response to Chicago Import Inc.'s Cross Claims, should a response to the Cross Claims be necessary. In support of this Motion, the New York Defendants state as follows:

1. On May 15, 2019, Chicago Import, Inc. filed an Answer to the Third Amended Complaint and asserted various Cross Claims.

2.  On the first page of its filing, Chicago Import, Inc. identifies four defendants as Cross

    Defendants, specifically, Choice Trading International, LLC, Choice Trading, LLC,

    Gurpreet Taneja (a/k/a Guru Taneja) and Ravi Kommi, plus plaintiffs BIC Corporation

    and BIC USA Inc.  There is no reference to the New York Defendants or any one of

    them.

3.  Likewise, in the first paragraph of the Cross Claims, Chicago Import, Inc. indicates that

    it is bringing Cross Claims against the same four (4) defendants, Choice Trading

    International, LLC, Choice Trading, LLC, Gurpreet Taneja (a/k/a Guru Taneja) and

    Ravi Kommi, plus plaintiffs BIC Corporation and BIC USA Inc.  Again, no reference is

    made to the three New York Defendants or any one of them.

4.  Based on the above, it appears that Chicago Import is not asserting a Cross Claim

    against the New York Defendants and that no response to the Cross Claims by the New

    York Defendants is required.

5.  However, Paragraph 4 of the Cross Claims makes reference to the New York

    Defendants and states as follow:

    > 4.      The Court has personal jurisdiction over Cross-Defendants, Choice
    > Trading International, LLC, International General Trading Corp., IGT Corp.,
    > Choice Trading, LLC, Transworld International Trading Corp., (hereinafter
    > collectively referred to as "the Choice Defendants") and Gurjeet Singh Taneja
    > (a/k/a/ Gurjeet Singh, a/k/a Gary Taneja, a/k/a/ Gurpreet Taneja) (hereinafter
    > "Taneja"), and Ravi Kommi (hereinafter "Kommi") (all collectively referred to
    > as the "Cross-Defendant Sellers"), and BIC Corporation and BIC USA Inc.
    > (collectively referred to as "BIC" or "Plaintiffs") as these cross defendants
    > transacted business in this District, and a substantial part of the events giving
    > rise to Plaintiffs' alleged claims and Cross-Plaintiff Chicago Import's claims
    > occurred in this District.

6. The individuals named as defendants in the Third Amended Complaint include (1) Gurpreet Taneja, a/k/a Guru Taneja, who is also identified as a Cross Defendant on the first page of defendant Chicago Import's filing and in the first paragraph of Chicago Import's Cross Claim, and (2) a separate individual, movant Gurjeet Singh Taneja, aka Gurjeet Singh, aka Gary Taneja. In the listing of the parties in Paragraph 4 of the Cross Claims, Chicago Import incorrectly conflates the two individuals as though they were one person. As a result, Chicago Import's indication "all collectively referred to as the 'Cross-Defendant Sellers'" appears to swoop up movant Gary Taneja as well as the individual specifically named as a Cross Defendant.

7. Chicago Import also lists the corporate defendants International General Trading and Transworld in the listing of parties in Paragraph 4 of the Cross Claims and it appears that the definition of "Cross-Defendant Sellers" is broad enough to include them as well.

8. Throughout subsequent paragraphs of the Cross Claim, Chicago Import repeatedly alleges wrongdoing by "Cross-Defendant Sellers," without otherwise specifying the parties to which it refers. Chicago Import seeks judgment and other relief against "Cross-Defendant Sellers," also without otherwise specifying the parties to which it refers.

9. As a result, additional time is requested to seek clarification of Chicago Import's Cross Claims and file the appropriate Rule 12 motion if a response by the New York Defendants to the Cross Claims is required.

10. The New York Defendants accordingly request a three week extension of time to June

26, 2019 to respond to Chicago Import Inc.'s Cross Claims, should a response to the

Cross Claims be necessary.

Dated: June 5, 2019                                 Respectfully Submitted,

                                                    Kieran G. Doyle (Admitted Pro Hac Vice)
                                                    Ariana J. Sarfarazi (Admitted Pro Hac Vice)
                                                    Cowan Liebowitz & Latman, P.C.
                                                    114 West 47th Street
                                                    New York, NY 10036

                                                    By: s/ *Patricia S. Smart*_____

                                                    Patricia S. Smart
                                                    Smart & Bostjancich
                                                    53 West Jackson Boulevard, Suite 432
                                                    Chicago, Illinois 60604
                                                    Telephone: (312) 857-2424

                                                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2019, I have served the foregoing document by e-mailing to

counsel of record:

> Jason M. Kuzniar
> Jason.Kuzniar@wilsonelser.com
> David Potter
> David.Potter@wilsonelser.com
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 55 W. Monroe, Ste. 3800
> Chicago, IL 60603
>
> Adam R. Bialek
> Adam.Bialek@wilsonelser.com
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 150 East 42nd Street
> New York, NY 10017
>
> Kara Thorvaldsen
> Kara.Thorvaldsen@wilsonelser.com
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 260 Franklin Street, 14th Floor
> Boston, MA 02110
>
> Mark D. Roth
> mark@rothfioretti.com
> Roth Fioretti, LLC
> 311 S. Wacker Drive Suite 2470
> Chicago, IL 60606
> (312) 922-6262
>
> Christopher W. Niro, Esq.
> cniro@agdglaw.com
> William L. Niro, Esq.
> wniro@agdglaw.com
> Kristina D. Diesner, Esq.
> kdiesner@agdglaw.com
> Aronberg Goldgehn Davis & Garmisa
> 330 N. Wabash Avenue, Suite 1700
> Chicago, IL 60611

s/ *Patricia S. Smart*