**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BIC CORPORATION and BIC USA INC., | CASE NO.: 1:18-cv-07378 |
| Plaintiffs, | Honorable Judge Blakey |
| vs. | |
| CHICAGO IMPORT INC., DIAMOND WHOLESALE GROUP, INC., CHOICE TRADING INTERNATIONAL, LLC, INTERNATIONAL GENERAL TRADING CORP, IGT CORP. CHOICE TRADING, LLC, TRANSWORLD INTERNATIONAL TRADING CORP., GURJEET SINGH TANEJA (a/k/a GURJEET SINGH, a/k/a GARY TANEJA), GURPREET TANEJA (a/k/a GURU TANEJA), RAVI KOMMI, ASHOKKUMAR PUNJABI (a/k/a ASHOK PUNJABI, a/k/a EDDIE PUNABI), JOHN DOE COMPANIES 1-10, and JOHN or JANE DOES 1-10 | |
| Defendants. | |

**NOTICE OF DISMISSAL**

Plaintiffs BIC Corporation and BIC USA Inc. hereby dismiss their claims against Defendants International General Trading Corp., IGT Corp, Transworld International Trading Corp., and Gurjeet Singh Taneja (a/k/a Gurjeet Singh, a/k/a Gary Taneja) without prejudice, pursuant to Fed. R.Civ. P. 41(a)(1)(A). These defendants have moved to dismiss the claims against them, but have not yet answered or moved for summary judgment.

Respectfully submitted,

Plaintiffs,
BIC Corporation and BIC USA Inc.,
By their attorneys,

/s/ Kara Thorvaldsen
Jason M. Kuzniar
Jason.Kuzniar@wilsonelser.com
David Potter
David.Potter@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
55 W. Monroe, Suite 3800
Chicago, IL 60603
PHONE: (312) 704-0550
FAX: (312) 704-1522

Adam R. Bialek (admitted *pro hac vice*)
Adam.Bialek@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017
(212) 490-3000

Kara Thorvaldsen (admitted *pro hac vice*)
Kara.Thorvaldsen@wilsonelser.com
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
260 Franklin Street, 14th Floor
Boston, MA 02110
(617) 422-5300

## CERTIFICATE OF SERVICE

I hereby certify that on this date, the foregoing was filed electronically on all counsel of record as set forth on the Notice of Electronic Filing. Copies will be sent by mail and email to any non-registered participant.

/s/ Kara Thorvaldsen

Dated: June 19, 2019