Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                 Case No.: 1:18-cv-07378
 3       ------------------------
         BIC CORPORATION and    :
 4       BIC USA, INC.,
                                 :     Videotaped
 5             Plaintiffs,            Deposition of:
                                 :
 6        vs.                       GURPREET TANEJA
                                 :
 7       CHICAGO IMPORT INC.,
         DIAMOND WHOLESALE GROUP, :
 8       INC., CHOICE TRADING
         INTERNATIONAL, LLC,     :
 9       INTERNATIONAL GENERAL
         TRADING CORP., IGT CORP.,:
10       CHOICE TRADING, LLC,
         TRANSWORLD INTERNATIONAL :
11       TRADING CORP., GURJEET
         SINGH TANEJA (a/k/a      :
12       GURJEET SINGH, a/k/a
         GARY TANEJA), GURPREET   :
13       TANEJA (a/k/a GURU
         TANEJA), RAVI KOMMI,     :
14       JOHN DOE COMPANIES 1-10,
         and JOHN or JANE DOES    :
15       1-10,
                  Defendants.     :
16       ------------------------
17          TRANSCRIPT of testimony as taken by and
18       before PATRICIA A. SANDS, a Shorthand Reporter
19       and Notary Public of the States of New York and
20       New Jersey, at the offices of WILSON ELSER, 150
21       East 42nd Street, New York, New York, on
22       Tuesday, April 9, 2019, commencing at 10:14 in
23       the forenoon.
24
         Job No. NJ 3279441
25
```

Page 31

1          A     Yes.

2          Q     What companies do you currently have

3     ownership interests in?

4          A     Choice Trading LLC and CTIL, LLC.

5          Q     Where is Choice Trading LLC

6     established?

7          A     7000 Kennedy Boulevard East, Suite

8     M11B, Guttenberg, New Jersey.

9          Q     Is that its current address?

10          A     Yes.

11          Q     Is Choice Trading LLC a New Jersey

12     LLC?

13          A     Yes.

14          Q     When was it formed?

15          A     2010, I think.

16          Q     And it's a limited liability company?

17          A     Yes.

18          Q     Is it a single member LLC, or is

19     anybody else a member?

20          A     It's a partner, partnership.

21          Q     And who are the other members of

22     Choice Trading LLC?

23          A     My wife has a minority stake.

24          Q     Is there any other members of Choice

25     Trading LLC?

Page 50

1       Q    Does it have any employees besides
2    yourself?
3       A    Yes.
4       Q    Who is an employee of Choice Trading
5    besides you?
6       A    I have an office assistant, her name
7    is Saranya.
8       Q    How do spell that?
9       A    S-A-R-A-N-Y-A.
10      Q    What's her last name?
11      A    I don't remember.
12      Q    Do you do the payroll?
13      A    Yes.
14           MR. BIALEK:  Let the record reflect
15      that Kieran Doyle has joined us.
16           Kieran, I don't know if you want to
17      make your appearance on the record.
18           MR. DOYLE:  Yes, Kieran Doyle,
19      appearing for Transworld and related
20      defendants.
21      Q    Does Saranya work full time?
22      A    Part time.
23      Q    How many hours a week?
24      A    About 20 hours I would say.
25      Q    Is she on the books?  Is she on the

Page 51

```
 1        books?
 2               A     She's a 1099.
 3               Q     Does she do any other work for
 4        anybody else?
 5               A     I don't know.
 6               Q     What does she do for you?  Well,
 7        withdrawn.  What does she do for Choice Trading
 8        LLC?
 9               A     She's a data entry assistant.
10               Q     Anything else?
11               A     Accounts payable.
12               Q     Anything else?
13               A     That's about it.
14               Q     Do you direct her work?
15               A     Yes.
16               Q     Do you tell her when to come in?
17               A     Yes.
18               Q     Do you give her a computer to work
19        on?
20               A     Yes.
21               Q     Does she bring any other tools of the
22        trade to do her work for you?
23               A     Her cellphone.
24               Q     Does she communicate with your
25        customers -- withdrawn.
```

Page 52

1          Does she communicate with Choice Trading

2     LLC's customers?

3          A    Sometimes.

4          Q    And what does she communicate with

5     them about?

6          A    Accounts receivable.

7          Q    Does she ever participate in sales to

8     customers?

9          A    No.

10         Q    Does she ever communicate with

11    suppliers to Choice Trading?

12         A    Accounts payable, yes.

13         Q    Does she ever participate in buys

14    from customers, from suppliers?

15         A    No.

16         Q    When she communicates with your

17    suppliers -- withdrawn.

18         When she communicates with the suppliers

19    of Choice Trading LLC, does she do so at your

20    direction?

21         A    Yes.

22         Q    When she communicates with the

23    customers of Choice Trading LLC, does she do so

24    at your direction?

25         A    Yes.

Page 53

1          Q    Does she ever communicate with Choice
2     Trading LLC's customers without your direction?
3          A    Not that I know of.
4          Q    Does she ever communicate with Choice
5     Tradings LLC's suppliers without your
6     direction?
7          A    Not that I know of.
8          Q    Other than Saranya, does Choice
9     Trading have any other employees or independent
10    contractors?
11         A    No.
12         Q    In the last four years, has Choice
13    Trading LLC had any other employees or
14    independent contractors?
15         A    No.
16         Q    Is Ravi Kommi employed by Choice
17    Trading LLC?
18         A    No.
19         Q    Is Ravi Kommi an independent
20    contractor for Choice Trading LLC?
21         A    No.
22         Q    Has Ravi Kommi been -- withdrawn.
23         Has Ravi Kommi done any work for Choice
24    Trading LLC in the last four years?
25         A    Yes.

1          Q     What kind of work has Ravi Kommi done
2      for Choice Trading LLC in the last four years?
3          A     He helps me with the bank
4      reconciliations, account finalizations from
5      time to time.
6          Q     What do you mean "account
7      finalizations"?
8          A     For taxation purpose.
9          Q     What do you mean by that?
10         A     So when we prepare our taxes for the
11     year, he comes and helps me with the
12     finalization of accounts.
13         Q     Does he do anything else for Choice
14     Trading LLC?
15         A     No.
16         Q     Has he done anything else for Choice
17     Trading LLC in the last three years, four
18     years?
19         A     No.
20         Q     Is Mr. Kommi -- withdrawn.
21         Has Mr. Kommi been compensated for the
22     work he has done for Choice Trading LLC in the
23     last four years?
24         A     No.
25         Q     Does Mr. Kommi get anything of value

Page 72

```
 1            Q    Where did you look for records?

 2            A    On QuickBooks.

 3            Q    Anywhere else?

 4            A    Through my emails.

 5            Q    Anywhere else?

 6            A    That's it.

 7            Q    Did you look on the desktops?

 8            A    The email on my desktop.  And --

 9       yeah, of course, my desktop.

10            Q    Did you look on Saranya's desktop?

11            A    No.

12            Q    Have you turned all -- withdrawn.

13       Have you turned over all Choice Trading

14       LLC's records that were requested in this case?

15                 MR. NIRO:  Objection.

16                 THE WITNESS:  To the best of my

17       knowledge.

18            Q    Have you destroyed or discarded any

19       records?

20            A    No.

21            Q    Previously you said that you also own

22       a company called CTIL LLC --

23            A    Yes.

24            Q    -- correct?  What kind of limited

25       liability company is that -- where is that
```

Page 73

1          based?

2                  A      New Jersey.

3                  Q      When was that formed?

4                  A      A few months back.  I wouldn't

5          remember the exact date.

6                  Q      Is it a single member LLC?

7                  A      I can't remember.

8                  Q      Who did the establishment of that

9          LLC?

10                 A      I did it, but I can't remember what I

11         picked, was it a single member or a

12         partnership.

13                 Q      Are there any -- withdrawn.

14                 Are you the majority owner of CTIL LLC?

15                 A      Yes.

16                 Q      What is the business of CTIL LLC?

17                 A      Wholesale distribution, general

18         merchandise.

19                 Q      Is there a difference in products

20         that Choice Trading sells and CTIL sells?

21                 A      Some different, some same.

22                 Q      What was the reason that you

23         established CTIL LLC?

24                 A      I have some business where we do

25         business overseas, as in buy from one country

Page 74

1          to another.  So it's just to differentiate one

2          transaction from another, where some

3          transactions are done in CTIL and some in

4          Choice Trading.

5                  Q    So is CTIL the company that does the

6          overseas business?

7                  A    Some of it.

8                  Q    Does Choice Trading do overseas

9          business?

10                 A    Yes.

11                 Q    So what's the differentiation between

12         the business Choice Trading does and CTIL does?

13                 A    There is not much difference.

14                 Q    So is there another reason CTIL was

15         formed?

16                 A    No.

17                 Q    Is CTIL the successor-in-interest to

18         any other company?

19                      MR. NIRO:  Objection.

20                      Calls for a legal conclusion.

21                      THE WITNESS:  Can you repeat that

22             question, please.

23                 Q    Is CTIL the successor to any other

24         company?

25                      MR. NIRO:  Same objection.

Page 75

1           THE WITNESS:  What do you mean by

2       successor to any other company?

3       Q     Was there a prior company that CTIL

4   is replacing?

5       A     No.

6       Q     Does CTIL stand for anything?

7       A     No.

8       Q     How did you come up with the name?

9       A     It was just an abbreviation for

10   Choice Trading in other words.

11       Q     What other words?

12       A     When I did an abbreviation of Choice

13   Trading, that was the abbreviation available.

14   So that's what I picked.

15       Q     So how did you go about determining

16   what abbreviations were available for Choice

17   Trading?

18       A     They suggest abbreviations available.

19       Q     Who suggested?

20       A     The website when you register.

21       Q     How did they suggest it?

22       A     It come up on the screen.

23       Q     Do you have a printout of that?

24       A     No.

25       Q     And CTIL was the first -- was CTIL

Page 76

1    the first abbreviation that was suggested?

2        A    I wouldn't remember.

3        Q    Were there any other abbreviations

4    that were suggested?

5        A    I wouldn't remember.

6        Q    Does the "I" stand for international?

7        A    No.

8        Q    Well, what abbreviation -- withdrawn.

9        Were there any single letters that were

10   available when this website offered you these

11   abbreviations for Choice Trading?

12       A    I wouldn't remember.

13       Q    And this was just about a month or

14   two ago?

15       A    A few months.

16       Q    A few months.  December?

17       A    I wouldn't remember.

18       Q    Was it before the end of the year?

19       A    I wouldn't remember.

20       Q    Do you have records that will show

21   when this was created?

22       A    Yeah, I have the certificate of

23   incorporation.

24       Q    Do you know whether you published the

25   name?

Page 77

1          A    Can you --
2          Q    Did you have to go through a
3     publication process --
4          A    No.
5          Q    -- in New Jersey to establish the
6     limited liability company?
7          A    No.
8          Q    Is there an LLC agreement that has
9     been completed for CTIL?
10         A    No.
11         Q    Did you do this yourself, or did you
12    have another professional assist you?
13         A    No, I did it myself.
14         Q    Are you familiar with a company
15    Choice Trading International LLC?
16         A    Yes.
17         Q    Was CTIL formed before CT, ah, Choice
18    Trading International LLC was dissolved?
19         A    I wouldn't remember.
20         Q    You wouldn't remember or you don't
21    remember?
22         A    I don't remember.
23         Q    Did the formation of CTIL LLC have
24    anything to do with the dissolution of Choice
25    Trading International LLC?

1            A    No.

2            Q    Is the business of CTIL LLC any

3        different than the business of Choice Trading

4        International LLC?

5                 MR. NIRO:  Object to the form.

6                 THE WITNESS:  No.

7            Q    Are the customers for CTIL LLC the

8        same customers that Choice Trading

9        International LLC had?

10           A    Some of them, yes.

11           Q    Are the suppliers for CTIL LLC the

12       same suppliers that Choice Trading

13       International LLC had?

14           A    Yes.

15           Q    Does CTIL have a place of business?

16           A    Yes.

17           Q    Where is that located?

18           A    7000 Kennedy Boulevard East, Suite

19       M11B, Guttenberg, New Jersey.

20           Q    And that's been there the entire time

21       of its existence?

22           A    Yes.

23           Q    Does CTIL LLC have any employees?

24           A    No.

25           Q    Has it ever had any employees?

```
                                             Page 79

 1              A    No.

 2              Q    Who does the procuring or buying for

 3      CTIL?

 4              A    I do it.

 5              Q    Does anyone else do it?

 6              A    No.

 7              Q    Who does the sales for CTIL?

 8              A    I do it.

 9              Q    Does anyone else do it?

10              A    No.

11              Q    Does CTIL have any computer

12      equipment?

13              A    Yes.

14              Q    What equipment does CTIL have?

15              A    The same as Choice Trading.

16              Q    So CTIL uses Choice Trading's

17      equipment?

18              A    Yes.

19              Q    Has it ever used any other equipment?

20              A    No.

21              Q    Does CTIL have its own email account?

22              A    No.

23              Q    Has it ever had its own email

24      account?

25              A    No.
```

Page 83

1          A     Uhm --

2          Q     Choice Trading International LLC, did

3     it have other debts -- withdrawn.

4          In December 2018, prior to its

5     dissolution, did Choice Trading International

6     LLC have any debts?

7          A     It probably did, I'm not sure.

8          Q     In December of 2018, prior to its

9     dissolution, did Choice Trading International

10    LLC have any assets?

11         A     No.

12         Q     Well, how large was this receivable

13    for this customer?

14         A     It was about $240,000.

15         Q     Did you -- withdrawn.

16         Did Choice Trading International LLC file

17    a claim in bankruptcy?

18         A     Yes.

19         Q     What was the customer that went

20    bankrupt?

21         A     National Wholesale.

22         Q     National Wholesale Liquidators?

23         A     Yes.  I think they changed their name

24    to -- it was National Wholesale Holdings, if

25    I'm not mistaken.

Page 84

1          Q    Holdings?

2          A    Yes.

3          Q    And National Wholesale Holdings owned

4     -- owed Choice Trading International LLC

5     $240,000?

6          A    Yes.

7          Q    When did Choice Trading International

8     file a claim in bankruptcy for that money?

9          A    When we got the notices in the mail

10    to file the claim.  I can't remember the exact

11    date.

12         Q    When did you learn of National

13    Wholesale Holdings bankruptcy?

14         A    It was probably October or November

15    of 2018.

16         Q    This $240,000 debt, what was that

17    related to?

18         A    A sale made to National Wholesale.

19         Q    What was sold?

20         A    Ah, detergents.

21         Q    Had you -- withdrawn.

22         Had Choice Trading International LLC

23    fronted the money to buy the detergent?

24         A    Yes.

25         Q    And National Wholesale Holdings was

1      to pay you for the detergent after it was

2      delivered?

3            A    Yes.

4            Q    Do you recall the terms of the sale?

5            A    It was net 45 or net 60.

6            Q    So prior to this transaction, Choice

7      Trading International LLC had at least $240,000

8      in assets to make that acquisition?

9            A    I'm not sure.

10           Q    Did Choice Trading -- withdrawn.

11           Who did Choice Trading buy those

12     detergents from?

13               MR. NIRO:  Objection, relevance.

14               MR. BIALEK:  Sorry, withdrawn.

15           Q    Who did Choice Trading International

16     LLC purchase the detergent from?

17               MR. NIRO:  Objection, relevance.

18               THE WITNESS:  From a vendor overseas.

19           Q    Do you know which vendor?

20               MR. NIRO:  Same objection.

21               THE WITNESS:  It's a company called

22     Singvina.

23           Q    How do you spell that?

24           A    S I-N-G-V-I-N-A.

25           Q    Did you pay a certain amount of money

Page 86

1        to Singvina for the detergents?

2             A    Yes.

3             Q    And it was less than $240,000;

4        correct?

5             A    Yes.

6             Q    Who filed the claim in the bankruptcy

7        for Choice Trading International LLC?

8             A    I think I did.

9             Q    Has that claim been adjudicated?

10            A    I'm not sure what's going on with

11       that case.  I think it's still pending, or they

12       filed an insolvency after that.  I'm not sure.

13            Q    So the National Wholesale Holdings

14       case is still going on?

15            A    I don't know the current status on

16       that case.

17            Q    Well, for -- withdrawn.

18            But you have a $240,000 claim in the

19       bankruptcy proceeding; correct?

20            A    Yes.

21            Q    Who owns that?

22            A    Who owns the claim?

23            Q    Who owns the claim?

24            A    I do.

25            Q    How did you get the ownership of that

Page 87

1    claim?

2            A    By filing the claim.

3            Q    Did you file in the name of Choice

4    Trading International LLC, or in the name of --

5            A    Choice Trading International LLC.

6            Q    Okay.  So Choice Trading

7    International LLC was dissolved in December

8    2018; correct?

9            A    Right.

10           Q    Did you make any representations to

11   the State of New Jersey what was going to

12   happen with the assets of Choice Trading

13   International LLC, pursuant to the dissolution?

14           A    No.

15           Q    What happened to the assets of Choice

16   Trading International LLC when the company was

17   dissolved?

18           A    There were no assets, other than the

19   claim.

20           Q    Well, it's a $240,000 claim, so where

21   did that claim go?

22           A    It's still outstanding, the claim.

23           Q    And has that claim -- has the

24   ownership of that claim been transferred to

25   you, Gurpreet Taneja, now that Choice Trading

1    International LLC is dissolved?

2        A   No, it's not.  We haven't done the

3    paperwork on that.

4        Q   So who owns that claim?

5          MR. NIRO:  Objection.

6          Calls for a legal conclusion, asked

7        and answered.

8          THE WITNESS:  I probably have to get

9        some legal advice on how that claim is

10       settled.

11       Q   Prior to the dissolution --

12    withdrawn.

13       When was Choice Trading International LLC

14    first formed?

15        A   I can't remember.

16        Q   Was it formed more than five years

17    ago?

18        A   Maybe.

19        Q   Did Choice Trading International LLC

20    have any employees?

21        A   No.

22        Q   Ever?

23        A   No.

24        Q   Did Choice Trading International LLC

25    ever have any independent contractors working

1          for it?

2                    A     No.

3                    Q     Who did the purchases for Choice

4          Trading International LLC?

5                    A     I did.

6                    Q     Who did the sales for Choice Trading

7          International LLC?

8                    A     I did.

9                    Q     Who did the office -- withdrawn.

10               Who did the offers for sale for Choice

11         Trading International LLC?

12                   A     I did.

13                   Q     Did anyone else do any purchases for

14         Choice Trading International LLC?

15                   A     No.

16                   Q     Did anyone else do any sales for

17         Choice Trading International LLC?

18                   A     No.

19                   Q     Did anyone else do any offers for

20         sale of products for Choice Trading LLC?

21                   A     No.

22                   Q     What other debts did Choice Trading

23         International LLC have when it was dissolved?

24                        MR. NIRO:  Objection, form.

25                        THE WITNESS:  I won't remember off

Page 90

1              the top of my head.
2         Q    But you recall that it had some
3    debts; correct?
4         A    Probably.
5         Q    Do you know who it owed money to?
6         A    I can't remember.
7         Q    Are there records that would show who
8    choice Trading International owed money to at
9    the time of its dissolution?
10        A    Probably.
11        Q    What records would those be?
12        A    QuickBooks.
13        Q    And what would the QuickBooks records
14   -- withdrawn.
15             What would you need to look at in
16   QuickBooks to determine who Choice Trading
17   International LLC owed money to?
18        A    You have to look at the accounts
19   payable, and if there were any loans.
20        Q    Who would Choice Trading
21   International LLC have made loans to?
22        A    Say that again, please.
23        Q    Who would Choice Trading
24   International LLC have made loans to?
25        A    Not made, had procured loans from.

Page 91

1       Q    Did Choice Trading borrow money for
2    its business -- withdrawn.
3       Did Choice Trading International LLC
4    borrow money for its operation of its business?
5       A    Yes.
6       Q    Who did it borrow money from?
7       A    From Choice Trading LLC.
8       Q    Was Choice Trading LLC a creditor of
9    Choice Trading International LLC?
10      A    As I said, I wouldn't remember.  It
11   probably was.
12      Q    When Choice Trading International LLC
13   was dissolved, did you or Choice Trading
14   International indicate that there were
15   outstanding debts owed?
16      A    I won't remember, as I said.  But I
17   would have to look into the books for that.
18      Q    Do you own any property?
19           MR. NIRO:  Objection, form.  "You."
20      Q    Does Choice Trading International own
21   any property?
22      A    No.
23      Q    Does Choice Trading LLC own any
24   property?
25      A    No.

1          A     Yes.

2          Q     And was that an invoice issued by

3     Choice Trading LLC or Choice Trading

4     International LLC?

5          A     Choice Trading International LLC.

6          Q     In connection with the sale of a

7     product, has Choice Trading LLC ever issued an

8     invoice describing the product as something

9     different from the product actually being sold?

10               MR. NIRO:  Objection.

11               THE WITNESS:  No.

12          Q     In connection with the sale of

13     product, has Choice Trading International LLC

14     ever issued an invoice describing the product

15     as something different from the product

16     actually being sold, other than this one sale

17     to Chicago Import?

18          A     This is Choice Trading International?

19          Q     Correct.

20          A     No.

21          Q     Do you know what Fusion is?

22          A     Yeah.

23          Q     What kind of product is Fusion?

24          A     It's a shaving blade.  And a shaving

25     razor.

1    prepare invoices for Choice Trading LLC for BIC

2    lighters?

3         A    Not that I can remember.

4         Q    Over the last three years, have you

5    directed anyone else besides yourself to

6    prepare invoices for Choice Trading

7    International LLC for BIC lighters?

8         A    Not that I can remember.

9         Q    So to the extent that there would be

10   an invoice prepared for Choice Trading

11   International LLC for a BIC lighter, you would

12   have been the one that would have done the

13   preparation; correct?

14        A    To the best of my knowledge, yes.

15             MR. NIRO:  We've been going almost

16        two hours.  It may be time for a break.

17             MR. BIALEK:  Absolutely.  Listen, as

18        I said before, it's not a marathon.  Any

19        time you want a break, I'm fine with it.

20        This is fine.

21             THE VIDEO OPERATOR:  The time is

22        12:18 p.m., and this marks the end of

23        media unit number one.

24                  (Recess.)

25             THE VIDEO OPERATOR:  The time is

1          Q     In the last four years did anyone

2     make any offers for sale of BIC product on

3     behalf of Choice Trading?

4          A     Can you repeat that question, please.

5        (The pending question was read back by the

6                      reporter.)

7          A     May have.  Gary Taneja may have

8     offered when he was part of Choice Trading.

9          Q     Do you have any recollection?

10         A     No.

11         Q     In the last four years did anyone

12    make any offers for sale of BIC product on

13    behalf of Choice Trading International LLC?

14         A     Other than me?

15         Q     Other than you.

16         A     No.

17         Q     And you did; correct?

18         A     Yes.

19         Q     In the last four years did Choice

20    Trading advertise BIC products?

21              MR. NIRO:  Object to the form, vague.

22              THE WITNESS:  Not that I know of.

23         Q     In the last four years did Choice

24    Trading International LLC advertise BIC

25    products?

```
                                              Page 110

 1               MR. NIRO:  The same objection.

 2               THE WITNESS:  Not that I know of.

 3        Q    Talk to me about how you go about the

 4   sales process.  Do you -- withdrawn.

 5        How does Choice Trading let its customers

 6   know that it has product available for

 7   purchase?

 8        A    Email, WhatsApp messages, text

 9   messages.

10        Q    Anything else?

11        A    No.

12        Q    And this is only --

13        A    Phone calls.

14        Q    Anything else?

15        A    No.

16        Q    And on behalf Choice Trading this is

17   only done by you?

18        A    Now, yes.

19        Q    In the last three years on behalf

20   Choice Trading, has this only been done by you?

21        A    Yes.

22        Q    Prior to that Gary would also contact

23   people by email, or other means, to notify them

24   of products available for purchase?

25        A    Yes.
```

Page 111

1          Q     On behalf of Choice Trading

2     International LLC, how would you go about

3     informing Choice Trading International LLC's

4     customers that there was product available for

5     purchase?

6          A     By phone call, by email, WhatsApp

7     message.

8          Q     Anything else?

9          A     That's it.

10         Q     Text message?

11         A     Not so much, no.  WhatsApp mainly,

12    WhatsApp, email and phone calls.

13         Q     What about LinkedIn?

14         A     No.

15         MS. SCHMIDT:  I'm having a little

16         trouble hearing Mr. Taneja.

17         MR. BIALEK:  We'll see if that helps,

18         Gretchen.  I moved you a little bit closer

19         to him.

20         MS. SCHMIDT:  Thank you, I appreciate

21         it.

22         Q     Are you familiar with the following

23    phone number, 201 758-1111?

24         A     Yes.

25         Q     What phone number is that?

Page 112

1        A    That's the office number for Choice

2    Trading LLC.

3        Q    Did Choice Trading International LLC

4    have a different phone number?

5        A    No.

6        Q    Did it use that phone number as well?

7        A    Yes.

8        Q    Does CTIL LLC have a different phone

9    number?

10       A    No.

11       Q    Does it use that phone number as

12    well?

13       A    Yes.

14       Q    Are there any other businesses run

15    out of the 7000 Kennedy Boulevard East location

16    where your office is located?

17            MR. NIRO:  Object to the form.

18            He knows what you mean.

19       Q    Do you know what I mean?  I can

20    actually narrow it down, if you give me a

21    second.

22       A    Yeah.

23       Q    Are there any other businesses that

24    are operated from 7000 JF Kennedy Boulevard

25    East, Suite M11B in Guttenberg, New Jersey?

1          Q     Does Choice Trading LLC have any

2     social media accounts?

3          A     No.

4          Q     No Facebook account?

5          A     No.

6          Q     No Instagram?

7          A     No.

8          Q     No LinkedIn?

9          A     No.

10          Q     Does -- did Choice Trading

11     International LLC have any social media

12     accounts?

13          A     No.

14          Q     Does CTIL LLC have any social media

15     accounts?

16          A     No.

17          Q     You said that you use WhatsApp for

18     business?

19          A     Yes.

20          Q     Is that connected to your 917

21     667-6662 phone?

22          A     Yes.

23          Q     Do you have any folders set up in

24     WhatsApp to segregate out the business you do

25     for Choice Trading LLC and the business that

Page 121

1        you do for Choice Trading -- sorry, the

2        business that you do for CTIL LLC and the

3        business that you did for Choice Trading

4        International LLC?

5              A     In what?

6              Q     In WhatsApp.

7              A     No.

8              Q     So it's all in one account?

9              A     Yeah.

10             Q     You said you use text messages for

11       your work for Choice Trading LLC; correct?

12             A     Yeah.

13             Q     And is that on your 917 667-6662

14       account?

15             A     Yes.

16             Q     Other than Choice Trading LLC and

17       CTIL LLC, are you employed by anybody else?

18                   MR. NIRO:  Objection.

19                   Asked and answered.

20                   THE WITNESS:  No.

21             Q     Other than Choice Trading LLC and

22       CTIL LLC, are you an officer of any other

23       company?

24             A     No.

25             Q     Are you a director of any other

Page 122

1      company?

2           A    No.

3           Q    Are you an investor in any other

4      company?

5           A    No.

6           Q    Are you a silent partner in any other

7      company?

8           A    No.

9           Q    Have you ever had any ownership

10     interest in IGT Worldwide?

11          A    IGT Worldwide?

12          Q    Correct.

13          A    No.

14          Q    Have you ever had any ownership

15     interest in International General Trading

16     Corp.?

17          A    I think the company was incorporated

18     by me.  I'm not sure if I had any interest

19     prior to our -- prior to my separation with

20     Gary.

21          Q    And you no longer have any interest

22     or any role, duties or obligations with respect

23     to International General Trading?

24          A    No.

25          Q    And do you have any current role,

Page 123

1          duty or obligation with respect to Transworld

2          International Trading?

3               A    No.

4               Q    Have you ever been involved in

5          Dr. Organics?

6               A    No.

7               Q    Does Choice Trading LLC use a

8          warehouse?

9               A    Yes.

10              Q    What warehouse does Choice Trading

11         LLC use?

12              A    It's a public warehouse based out of

13         Passaic, New Jersey.

14              Q    Is that USA Warehouse?

15              A    Yes.

16              Q    How long have you used it?

17              A    Five years or more.

18              Q    Have you been to that warehouse?

19              A    Yes.

20              Q    Do you have a space within that

21         warehouse that is designated for your business?

22              A    No.

23              Q    So your products can be commingled

24         with other people's?

25              A    Yeah.

Page 124

1          Q    How does it work, the warehousing

2      arrangement with USA Warehouse?

3               MR. NIRO:  Object to the form, vague.

4               THE WITNESS:  We send them arrival,

5          incoming and outgoing information.  For

6          incoming we send them an incoming message

7          to receive goods on our behalf, and we ask

8          them to ship goods on our behalf.

9          Q    And how does that message get sent to

10     USA Warehouse?

11         A    Email.

12         Q    And do they ever send you back any

13     messages?

14         A    They do.

15         Q    And how do they send you messages?

16         A    Email.

17         Q    Did Choice Trading International LLC

18     use a warehouse?

19         A    Yes.

20         Q    What warehouse did Choice Trading

21     International LLC use?

22         A    USA Warehouse.

23         Q    And for how long did it use that

24     warehouse?

25         A    For a few years.

```
                                         Page 130

 1            A    Yes.

 2            Q    Did you have a booth?

 3            A    No.

 4            Q    Did someone introduce you to

 5      Mr. Punjabi?

 6            A    I won't remember if it was an

 7      introduction or I walked up to him.

 8            Q    How long after that first meeting did

 9      you -- withdrawn.

10            Did you ever buy from Mr. Punjabi?

11            A    No.

12            Q    Did any of the companies in which you

13      were involved in ever buy from Mr. Punjabi?

14            A    No.

15            Q    Did you ever sell -- withdrawn.

16            Did you or any of the companies in which

17      you were involved ever sell product to

18      Mr. Punjabi?

19            A    Yes.

20            Q    And were those sales only to

21      Mr. Punjabi at Chicago Import, or did you also

22      sell to him in another capacity?

23                 MR. NIRO:  Object to the form.

24                 THE WITNESS:  Just to Chicago Import.

25            Q    Which of your entities did business
```

Page 131

1     with Chicago Import?

2          A     Choice Trading International.

3          Q     Did Choice Trading do any business

4     with Chicago Import?

5          A     Not since 2016.  If it was before

6     that, it was done by Gary.  I -- I wouldn't

7     remember.  I can look up the books.  There may

8     have been.

9          Q     Did Gary introduce you to

10    Mr. Punjabi?

11         A     No.

12         Q     Do you recall if someone else

13    introduced you to him?

14         A     No.

15         Q     What was the first product you sold

16    to Chicago Import?

17               MR. NIRO:  Objection, relevance.

18               THE WITNESS:  BIC lighter.

19         Q     How did that come about?

20         A     The selling part?

21         Q     Correct.

22         A     Well, I have seen the product at his

23    booth in Las Vegas.  So when I had the product,

24    I thought of calling him for a sale.

25         Q     When was that?

```
                                        Page 151

1           A    No.

2           Q    Have you ever been to Gary's offices?

3           A    No.

4           Q    Have you ever been to Ravi Kommi's

5      home?

6           A    No.

7           Q    Are you familiar with the address 601

8      Blossom Circle, Dayton, New Jersey?

9           A    No.

10          Q    Have you ever used Ravi Kommi's

11     address for one of your companies?

12          A    Not to my knowledge.

13          Q    Other than yourself, does anyone make

14     any business decisions for Choice Trading?

15          A    Currently?

16          Q    Currently.

17          A    No.

18          Q    In the last four years -- in the last

19     three years has anyone else made business

20     decisions for Choice Trading other than

21     yourself?

22          A    In the last three years?

23          Q    Correct.

24          A    No.

25          Q    Other than yourself, has anyone made
```

Page 152

1          business decisions for Choice Trading

2          International in the last three years?

3                    A      No.

4                    Q      Were you the person who solely

5          controlled Choice Trading LLC over the last

6          three years?

7                    A      Yes.

8                    Q      Were you the person who solely

9          operated Choice Trading over the last three

10         years?

11                   A      Yes.

12                   Q      Were you the sole person who

13         controlled Choice Trading International over

14         the last three years?

15                   A      Yes.

16                   Q      Were you the sole person who operated

17         Choice Trading International over the last

18         three years?

19                   A      Yes.

20                   Q      Can you turn to page 8, on the

21         bottom.

22                   A      (Referring to document.)

23                   Q      Actually, you know what, let's go to

24         the back.  Go to the seventh page from the

25         back, please.

Page 237

1          A    Choice Trading International.

2          Q    And how do you know that?

3          A    I have seen their invoice which was

4     submitted to my attorney.

5               MR. BIALEK:  Well, we would request a

6          copy of the invoice -- well, withdrawn.

7               Well, no, we would request a copy of

8          that invoice.

9                  (Request for production.)

10              MR. NIRO:  Well, we will go back and

11         look for it.  I don't recall -- oh.

12         Q    Okay.  I presume you're looking at

13    CT0015; correct?

14         A    Correct.

15         Q    Is that the invoice from Quick

16    Transfer to Choice Trading?

17         A    Yes.

18         Q    And again, it's just Choice Trading,

19    it doesn't say Choice Trading International or

20    Choice Trading LLC; correct?

21         A    Yeah.

22         Q    And this is for a shipment dated

23    9/5/17; correct?

24         A    No, it says invoice date 9/5/17.

25         Q    Doesn't it say "Shipped"?

Page 238

1         A     Shipped 9/5/17.

2         Q     And it was shipped to Chicago Import?

3         A     Correct.

4         Q     And it was $1450?

5         A     Yes.

6         Q     Was this paid?

7         A     Yes, I would think so.

8         Q     And this was for 400 cases of regular

9    BIC and 100 cases of the Mini BIC; correct?

10        A     Correct.

11        Q     Do you see in the description of

12   articles and special markings, it says 500

13   pieces, and then there is an "X" in the "HM"

14   column?

15        A     Where is that?

16        Q     Over here.

17        A     Yes.

18        Q     What does that mean, "HM"?

19        A     I would not know.

20        Q     Is that hazmat?

21        A     I would not know.

22        Q     Hazardous materials?

23        A     I would not know.

24        Q     Under the description of articles and

25   special markings, it says, "CTUN 1057".

Page 239

1          Do you know what that means?

2     A     No.

3     Q     And then it says, comma, "lighters".

4          Do you see that?

5     A     Yes.

6     Q     Does that indicate to you that these

7     are lighters?

8     A     That indicates it's lighters.

9     Q     And do you recall this being seven

10    pallets?

11    A     Yes.

12    Q     And was there a hazardous materials

13    charge?

14    A     I can't remember.

15    Q     Do you know whether lighters need to

16    be shipped in a specific way?

17    A     Hazmat.

18    Q     Well, when did you first understand

19    that lighters had to be shipped in a specific

20    way?

21    A     My freight agent must have informed

22    me that you need a hazardous carrier to

23    transport this.

24    Q     Do you know whether the cartons have

25    to have certain markings?

Page 240

1           A    No.

2           Q    Do you know whether the Department of

3     Transportation has any requirements for

4     markings of the transportation of this type of

5     good?

6           A    No.

7           Q    Did you do any research or

8     investigation into the requirements for

9     shipping lighters?

10          A    No.

11          Q    Did you leave this up to your

12    shippers to deal with?

13          A    Yes.

14          Q    Do you know whose handwriting is on

15    here?

16          A    No.

17          Q    This is the shipping document for the

18    500 units shipped on November 8, 2017?

19          A    Yes.

20          Q    Or thereabout?

21          A    Yes.

22          Q    Do you have the shipping documents

23    for any of the other sales?

24          A    I have provided whatever I had to my

25    attorney.

Page 241

1    Q    Okay.  So let's go to the next one,
2   CT0008.
3    A    Yes.
4    Q    Is this the document regarding the
5   shipping for the 9/19/18 sale to Chicago
6   Import?
7    A    Yes.
8    Q    And who did the shipping?
9    A    ITBF.
10    Q    Was this a YRC shipping?
11    A    I don't know.
12    Q    And the shipper was Cargo Management
13   Group.  Do you see that?
14    A    Yes.
15    Q    Do you know who they are?
16    A    I think they are contracted by ITBF.
17    Q    And it was shipping to Chicago
18   Import?
19    A    Correct.
20    Q    And that was Eddie?
21    A    Yes.
22    Q    Do you know whose handwriting appears
23   on this document?
24    A    No.
25    Q    Do you see where it says, "330 boxes

Page 242

1      received"?

2              A    Yes.

3              Q    And under the description of articles

4      on the bottom, it says "lighters"?

5              A    Yes.

6              Q    Do you have the invoice from YRC?

7              A    No.

8              Q    Did you pay for the shipping?

9              A    Yes.

10             Q    Do you know why you wouldn't have the

11     invoice?

12             A    Because I didn't pay YRC.

13             Q    Who did you pay?

14             A    ITBF.

15             Q    Do we have the records of the payment

16     to ITBF?

17             A    I have the invoice.

18             Q    And where is that?

19             A    That's CT --

20             Q    Is that CT0014?

21             A    It's -- if you go back a date, that

22     seems like it, yes.

23             Q    And the three pieces would seem to

24     correlate to the description of articles in

25     this; correct?

Page 243

1          A     The description of articles -- in the

2     bill of lading?

3          Q     Correct.  Is that what this is,

4     CT0008, is that the bill of lading?

5          A     Yes.  The articles, it says 330

6     boxes.

7          Q     Right.  But in the top it says,

8     "Description of Articles, Containing Cube:

9     67.78 cubic feet".

10              Do you see that?

11         A     Yes.

12         Q     And there are three of them listed?

13         A     Yeah, one, two, three.

14         Q     Can you now turn to page CT0009.

15         A     (Referring to document.)

16         Q     Can you tell us what this document

17     is?

18         A     It's a bill of lading.

19         Q     For what?

20         A     For four pallets.

21         Q     And that's for 290 pieces?

22         A     Yes.

23         Q     And that's the 5/17/17 sale to

24     Chicago Import?

25         A     Yes.

Page 244

1          Q     And that was the Maxis and Minis;

2     correct?

3          A     Correct.

4          Q     Now, who did you pay for this?

5          A     ITBF.

6          Q     And is that the invoice that appears

7     on CT0013?

8          A     Yes.

9          Q     And you see the shipper is listed as

10    Choice Trading LLC; correct?

11         A     Correct.

12         Q     Not Choice Trading International?

13         A     Yes.

14         Q     Do you know whether you ever got a

15    corrected invoice?

16         A     No.

17         Q     Did you ever ask for one?

18         A     I can't remember.

19         Q     Can you look at CT0014.

20         A     (Referring to document.)

21         Q     That was also shipped, according to

22    this, by Chicago Trading LLC; correct?

23         A     Yes.

24         Q     Was that the correct entity that

25    should have been invoiced?

Page 257

1     Q    What's the date of the invoice?

2     A    9/19/2018.

3     Q    And who is selling this product?

4     A    Choice Trading International.

5     Q    And who is it being sold to?

6     A    Chicago Imports.

7     Q    And what are the terms?

8     A    COD wire.

9     Q    Who is the rep?

10    A    GT.

11    Q    Is that you?

12    A    Yes.

13    Q    Does that mean that you prepared this

14    invoice?

15    A    Probably did.

16    Q    And this was to ship on 9/19/18?

17    A    Correct.

18    Q    And how many units were to ship?

19    A    330.

20    Q    And what kind of product was to ship?

21    A    As per the invoice?

22    Q    Well, what's on here, yes.

23    A    Gillette Fusion.

24    Q    And under the description, what's it

25    say?

Page 258

1          A     Gillette Fusion 4 into 10 by 6 is
2     equal to 60.
3          Q     And there was supposed to be three
4     pallets times 110 cases?
5          A     Correct.
6          Q     Or 330 cases.
7          Do you see that?
8          A     Yes.
9          Q     And the price for each was 282?
10          A     Yes.
11          Q     For an extended amount of 93,060?
12          A     Correct.
13          Q     When you prepare invoices, do you
14     have set prices in your computer or is this
15     manually done?
16          A     Manually done.
17          Q     So when you were preparing this
18     invoice, you would have manually entered the
19     price?
20          A     Yes.
21          Q     Would you have manually entered the
22     other information?
23          A     Yes.
24          Q     Did you sell Chicago Import 330 cases
25     of Gillette Fusion --

Page 259

1           A     No.

2           Q     -- on September 19, 2018?

3           A     No.

4           Q     How was this -- withdrawn.

5           Do you see the handwriting on the

6       document?

7           A     Yes.

8           Q     Do you know whose handwriting it is?

9           A     No.

10           Q     Did you receive a check from Chicago

11       Import for this invoice?

12           A     Yes.

13           Q     And that was check 35775?

14           A     Yes.

15           Q     And it paid the $93,060?

16           A     Yes.

17           Q     But it didn't -- it didn't cover

18       Gillette Fusion razors; did it?

19           A     No.

20           Q     Do you know why this invoice was

21       issued with Gillette Fusion razors?

22           A     Error.

23           Q     Did Chicago Import ever notify you

24       that there was an error?

25           A     I can't remember.

Page 260

1          Q     Who picked up the error?

2          A     I did.

3          Q     When did you pick it up?

4          A     I can't remember.

5          Q     Did you find it odd that Chicago

6     Import would pay a 93,000 invoice for product

7     that it didn't receive?

8          A     We may have had a discussion about

9     the error or I may have sent them, ah -- I

10    can't remember, but I could have sent them a

11    corrected invoice.

12         Q     Do you know if you did send them a

13    corrected invoice?

14         A     I can't remember.

15         Q     Do you know -- can you please turn to

16    CT0002.

17         A     Yes.

18         Q     Is this the corrected invoice?

19         A     Yes.

20         Q     Do you know when this was sent?

21         A     I don't know.

22         Q     Do you know how it was sent?

23         A     I don't know.

24         Q     Do you know why it was sent?

25         A     I don't even know if it was sent.

Page 303

1      Trading LLC in 2018 -- you, Guru Taneja?

2           A    Yes.

3           Q    How did you obtain money from Choice

4      Trading LLC?

5           A    So I make some payments from the

6      company, and it goes into my personal drawing,

7      and I get a K-1 at the end of it.

8           Q    So you get draw payments from Choice

9      Trading LLC?

10          A    Correct.

11          Q    Did you get draw payments from Choice

12     Trading International?

13          A    Yes.

14          Q    Did you get draw payments from Choice

15     Trading International in 2018?

16          A    We haven't finalized the books, but

17     once we finalize the books -- but it's Choice

18     Trading LLC mainly.

19          Q    No, but did you get any payments from

20     Choice Trading International LLC in 2018?

21          A    I can't remember, I will have to

22     check the books and see.

23          Q    Was Choice Trading LLC a member of

24     Choice Trading International LLC?

25          A    No.